```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE F03-0021--CV (RRB)
        "FOXHILL INVESTMENTS V ROBERT CUNNINGHAM ET AL"

       Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 07/11/03
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (1) Citizen of This State
     DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

    Nature of Suit: (190) Other contract actions
                    28 USC 1332
            Origin: (2) Removed from State Court
            Demand: 264O
        Filing fee: Paid $150.00 on 07/11/03 receipt # 40100526
          Trial by: Jury
```

Parties of Record:                                        Counsel of Record:

```
PLF 1.1           FOXHILL INVESTMENTS LLC              Michael W. Sewright
                                                       Burr Pease & Kurtz
                                                       810 N Street
                                                       Anchorage, AK 99501-3293
                                                       907-276-6100
                                                       FAX 907-258-2530

DEF 1.1           CUNNINGHAM, ROBERT                   Alisha Tinker Bray
                                                       Guess & Rudd PC
                                                       100 Cushman Street, Suite 500
                                                       Anchorage, AK 99701
                                                       907-452-8986

DEF 2.1           TRIDENT FLORIDA TRADING CO           Alisha Tinker Bray
                                                       (see above)

DEF 3.1           TRIDENT PONTOONS                     Alisha Tinker Bray
                                                       (see above)

DEF 4.1           FLORIDA TRADING CO                   Alisha Tinker Bray
                                                       (see above)

DEF 5.1           FLORIDA TRADING CO INC               Alisha Tinker Bray
                                                       (see above)

DEF 6.1           FLORIDA TRADING CO LLC               Alisha Tinker Bray
                                                       (see above)

DEF 7.1           TRIDENT FLORIDA TRADING LIMITED      Alisha Tinker Bray
                  LIABILITY COMPANY                    (see above)
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE F03-0021--CV (RRB)
                     "FOXHILL INVESTMENTS V ROBERT CUNNINGHAM ET AL"

                                 For all filing dates
```

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 07/11/03
           Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (1) Citizen of This State
    DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

   Nature of Suit: (190) Other contract actions
                   28 USC 1332
           Origin: (2) Removed from State Court
           Demand: 264O
       Filing fee: Paid $150.00 on 07/11/03 receipt # 40100526
         Trial by: Jury
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 1 | - 1 | 07/11/03 | DEF 1-6 Notice of Removal of 4FA-03-0999CI w exhibit A attached. |
| 2 | - 1 | 07/11/03 | DEF 1-6 Notice of complaiance w state court pleadings attached. |
| 3 | - 1 | 07/11/03 | DEF 1-6 Service List ofparties and cnsl of record. |
| 4 | - 1 | 07/11/03 | DEF 1-6 Answer to Complaint. |
| 5 | - 1 | 07/11/03 | DEF 1-6 Notice to plaintiff cnsl re filing notice of removal. |
| 6 | - 1 | 07/15/03 | RRB Minute Order to petitioner subsequent to filing notice of removal. cc: csnl |
| 7 | - 1 | 07/16/03 | DEF 1-6 motion to dismiss for improper venue or, alternatively for change of venue w memo and aff of Robert Cunningham in support. |
| 8 | - 1 | 07/21/03 | RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this ord. cc: cnsl |
| 9 | - 1 | 07/29/03 | PLF 1; DEF 1-6 Stipulation regarding case scheduling. |
| 9 | - 2 | 08/01/03 | RRB Order granting stipulation regarding case scheduling (9-1). Plf to file oppo to defs' mot to dismiss 8/29/03. The Initial case S&P order dated 7/21/03 is stayed until the court decides the above-referenced motion. cc: cnsl |
| 10 | - 1 | 09/02/03 | PLF 1 opposition to DEF 1-6 motion to dismiss for improper venue or, alternatively for change of venue (7-1) w/att exhs. |
| 11 | - 1 | 09/04/03 | PLF 1 Unopposed motion for ext of time for late-filed opps (at #10) |
| 12 | - 1 | 09/05/03 | RRB Order granting unopposed mot for ext of time for late-filed opps (at #10) (11-1). cc: cnsl |
| 13 | - 1 | 09/09/03 | PLF 1; DEF 1-6 Unopposed motion for extension of time w/attached memorandum until 9-16-03 for defendant to file reply. |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE F03-0021--CV (RRB)
           "FOXHILL INVESTMENTS V ROBERT CUNNINGHAM ET AL"

                         For all filing dates


Document #   Filed      Docket text

   13 -  2   09/11/03   Order granting Unopposed motion for extension of time w/attached
                        memorandum until 9-16-03 for defendant to file reply (13-1).

   14 -  1   09/11/03   PLF 1 Notice of filing original affidavit of James C. Dunlap re: oppo to
                        DEF 1-6 motion to dismiss for improper venue or, alternatively for
                        change of venue (7-1) w/att aff.

   15 -  1   09/11/03   PLF 1 Correction to oppo re: DEF 1-6 motion to dismiss for improper
                        venue or, alternatively for change of venue w memo and aff of Robert
                        Cunningham in support (7-1) w/att exh.

   16 -  1   09/16/03   DEF 1-6 reply to opposition to DEF 1-6 motion to dismiss for improper
                        venue or, alternatively for change of venue w memo and aff of Robert
                        Cunningham in support (7-1).

   17 -  1   09/25/03   PLF 1 motion for supplemental briefing w/att supplemental briefing.

   18 -  1   09/29/03   RRB Order granting plf's mot for suppl brfing (17-1); defs have until
                        10/9/03 to file suppl response.  cc: cnsl

   19 -  1   09/30/03   PLF 1 Supplemental brfing re: DEF 1-6 mot to dismiss for improper venue
                        or, alternatively for change of venue (7-1).

   20 -  1   10/10/03   DEF 1-6 motion to Accept Late Filing of Trident's Supplmental Response
                        (due 10/9/03 and filed 10/10/03) w/Supplemental Response attached.

   21 -  1   10/15/03   RRB Order granting motion to Accept Late Filing of Trident's Supplmental
                        Response (20-1).

   22 -  1   10/16/03   DEF 2-6 (Supplemental) Response (to Order of 9-29-03)

   23 -  1   10/20/03   PLF 1 Objection and reply to defs' supplemental response to the motion
                        at dkt 7.

   24 -  1   10/22/03   RRB Order denying motion to dismiss for improper venue or, alternatively
                        for change of venue (7-1).  Venue shall remain in the District of
                        Alaska, Fairbanks.  cc: cnsl

   25 -  1   11/19/03   RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/i 28 days from svc of this order.  cc: cnsl

   26 -  1   12/17/03   PLF 1 (Joint request) motion for extension of time until 12/24/03 to
                        file initial case status report.

   26 -  2   12/18/03   RRB Order granting Joint request for extension of time until 12/24/03 to
                        file initial case status report (26-1).  cc: cnsl

   27 -  1   12/24/03   PLF 1 Scheduling and Planning Conference Report.

   28 -  1   12/24/03   DEF 1-5 joinder in Parties' Scheduling and Planning Conference Report
                        filed 12/24/03.

   29 -  1   01/02/04   RRB S&P Order setting pt ddlns: Original disc 08/31/04; Disp mots ddln
                        09/30/04; Estimate of trial 10 days; TBJ. cc: cnsl

   30 -  1   02/27/04   PLF 1 motion to amend complaint and add party w/att amended complaint.


ACRS: R_VDSDX             As of 12/01/05 at 3:54 PM by GARRY                      Page 2
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                          CIVIL DOCKET ENTRIES FOR CASE F03-0021--CV (RRB)
                          "FOXHILL INVESTMENTS V ROBERT CUNNINGHAM ET AL"

                                         For all filing dates


 Document #   Filed      Docket text

     31 -  1  03/05/04   DEF 1-6 opposition to PLF 1 motion to amend complaint and add party
                         w/Exhibits A through E attached (30-1).

     32 -  1  03/17/04   PLF 1 reply to opposition to PLF 1 motion to amend complaint and add
                         party (30-1).

     33 -  1  03/19/04   RRB Order granting motion to amend complaint and add party (30-1).  cc:
                         cnsl

     34 -  1  03/19/04   PLF 1 Complaint (Amended).

     35 -  1  03/23/04   PLF 1; DEF 1-6 Stipulation allowing plaintiff a one day extension (until
                         3-17-04) to file reply.

     35 -  2  03/23/04   RRB Order granting stipulation allowing plaintiff a one day extension
                         (until 3-17-04) to file reply (35-1).

     36 -  1  03/31/04   DEF 1-7 Answer to Amended Complaint.

     37 -  1  04/06/04   DEF 1-6 Stipulation to modify Rule 33 and 36 discovery deadlines.

     38 -  1  04/07/04   RRB Order granting stipulation to modify Rule 33 and 36 discovery
                         deadlines (37-1) as stated.  cc: cnsl

     39 -  1  06/23/04   PLF 1; DEF 1-7 Stipulation to extend pretrial deadlines.

     39 -  2  07/02/04   RRB Order granting stipulation to extend pretrial deadlines. (39-1) &
                         setting the following dates: Discovery to close 12/17/04; Dispositive
                         motions deadline 01/19/05. cc: cnsl

     40 -  1  07/13/04   DEF 1-7 motion for SJ w/memo & exhs A-HH att.

     41 -  1  07/16/04   DEF 1-7 Errata re: DEF 1-7 to Exh HH of motion for SJ (40-1).

     42 -  1  08/02/04   PLF 1 unopposed motion extension of time re: summary judgment motion.
                         Plaintiff's oppo due by 8/13/04 and defs reply shall be due 15 days from
                         service of the oppo.

     43 -  1  08/03/04   Order granting unopposed motion extension of time re: summary judgment
                         motion.  Plf's oppo due 8/13/04, defs reply due 15 days after service of
                         oppo (42-1).  cc: cnsl

     44 -  1  08/13/04   unopposed motion for extension of time until 8/18/04 to file oppo to
                         def's mot for sj.

     44 -  2  08/16/04   Order granting unopposed motion for extension of time until 8/18/04 to
                         file oppo to def's mot for sj (44-1).  cc: cnsl

     45 -  1  08/18/04   PLF 1 unopposed motion for extension of time until 8/20/04 to file
                         plaintiff's opposition to defs' mot for sj.

     45 -  2  08/19/04   RRB Order granting unopposed motion for extension of time until 8/20/04
                         to file plaintiff's oppo to defs' mot for sj  (45-1).  Defs have 15 days
                         from service of the oppo to file their reply.  cc: cnsl

     46 -  1  08/24/04   PLF 1 opposition to DEF 1-7 motion for SJ (40-1) w/att exhs.


 ACRS: R_VDSDX              As of 12/01/05 at 3:54 PM by GARRY                          Page 3
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE F03-0021--CV (RRB)
      "FOXHILL INVESTMENTS V ROBERT CUNNINGHAM ET AL"

                          For all filing dates


Document #   Filed      Docket text

  46 -  2  08/24/04  PLF 1 motion cross motion for summary judgment based on UCC w/att exhs.

  47 -  1  08/24/04  PLF 1 motion to file documents under seal (exhibit 35 to plf's oppo and
                     cross-motion in response to def's mot for sj based on UCC).

  48 -  1  08/24/04  PLF 1 motion cross-motion for summary judgment upon issues of sufficient
                     notice and in applicability of defs' mot to Fox Hill's non-UCC claims.

  49 -  1  08/24/04  PLF 1 Notice of filing facsmile signature of James C. Dunlap as an exh
                     to #46.

  47 -  2  08/26/04  RRB Order granting motion to file documents under seal (exhibit 35 to
                     plf's oppo and cross-motion in response to defs' mot for sj (47-1)).
                     cc: cnsl

  50 -  1  08/27/04  PLF 1 Errata re: oppo to DEF 1-7 motion for SJ (40-1), PLF 1 motion
                     cross motion for summary judgment based on UCC (46-2) (Exhibit 35 FILED
                     UNDER SEAL).

  51 -  1  08/27/04  PLF 1 Notice of filing origianl signature to aff of James C. Dunlap
                     dated 8/19/2004.

  52 -  1  08/31/04  DEF 1-7 non-opposition to PLF 1 motion to file documents under seal
                     (exhibit 35 to plf's oppo and cross-motion in response to def's mot for
                     sj based on UCC) (47-1).

  53 -  1  08/31/04  PLF 1 Second Errata re: oppo to DEF 1-7 motion for SJ (40-1), PLF 1
                     motion cross motion for summary judgment based on UCC (46-2).

  54 -  1  09/02/04  DEF 1-7 Unopposed motion for extension of time (until 9-17-04) to file
                     Trident's reply and opposition to motion for summary judgment.

  54 -  2  09/02/04  Order granting motion Unopposed motion for extension of time(until
                     9-17-04)  to file Trident's reply and opposition to motions for summary
                     judgment (54-1).  cc: counsel; Judge Beistline.

  55 -  1  09/16/04  PLF 1 motion for summary judgment upon the issue of proper, legally
                     resonsible defendants w/att exh.

  56 -  1  09/17/04  DEF 1-7 Second Unopposed motion for extension of time to file Trident's
                     reply and opposition to motions for summary judgment.

  56 -  2  09/20/04  Order granting Second Unopposed motion for extension of time until
                     9-24-04 to file Trident's reply (56-1).

  57 -  1  09/27/04  DEF 1-7 reply to opposition to DEF 1-7 motion for SJ  (40-1).

  57 -  2  09/27/04  DEF 1-7 opposition to PLF 1 motion cross motion for summary judgment
                     based on UCC (46-2), with exhibit II and JJ in support.

  58 -  1  09/27/04  PLF 1 (Correction to ) Errata re: PLF 1 motion for summary judgment upon
                     the issue of proper, legally resonsible defendants (55-1).

  59 -  1  09/29/04  DEF 1-7 Request for Oral Argument re: PLF 1 motion for summary judgment
                     upon the issue of proper, legally resonsible defendants (55-1).
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE F03-0021--CV (RRB)
                     "FOXHILL INVESTMENTS V ROBERT CUNNINGHAM ET AL"

                                    For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 60 - 1 | 09/30/04 | PLF 1 Response to defs' request for hearing on motion for sj based on UCC. |
| 61 - 1 | 09/30/04 | PLF 1 motion to compel complete answer to plf's interrogatory No. 1 w/att exhs. |
| 62 - 1 | 10/04/04 | DEF 1-7 Request for Oral Argument re: PLF 1 mot for sj upon issue of proper, legally resonsible defs (55-1), DEF 1-7 (Cross) mot for sj on breach of contract claims against Robert H. Cunningham, Jr. individually (63-1). |
| 63 - 1 | 10/04/04 | DEF 1-7 (Cross) motion for summary judgment on breach of contract claims against Robert H. Cunningham, Jr. individually. |
| 64 - 1 | 10/04/04 | DEF 1-7 opposition to PLF 1 motion for summary judgment upon the issue of proper, legally resonsible defendants (with memorandum and exhibits a-k attached) (55-1). |
| 64 - 2 | 10/04/04 | DEF 1-7 Affidavit re: DEF 1-7 (Cross) motion for summary judgment on breach of contract claims against Robert H. Cunningham, Jr. individually (63-1). |
| 65 - 1 | 10/06/04 | PLF 1 Unopposed motion for extension of time to (to 10/12/04) file reply to oppo Fox Hill's x-mot for sj. |
| 66 - 1 | 10/06/04 | PLF 1 response to defs' 10/4/04 request for hrg (o/a) re: PLF 1 motion for summary judgment upon the issue of proper, legally resonsible defendants (55-1)/ |
| 65 - 2 | 10/07/04 | RRB Order granting unoppo mot for ext of time to 10/12/04 file reply to defs' oppo to plf's cross-mot for sj (65-1). cc: cnsl |
| 67 - 1 | 10/12/04 | PLF 1 Unopposed motion for extension of time (to 10/22/04) to file reply. |
| 67 - 2 | 10/13/04 | RRB Order granting unopposed motion for extension of time (to 10/22/04) to file reply defs' oppo to mot for SJ and (to 10/15/04) to file reply to defs' opp to x-mot for SJ (67-1). cc: cnsl |
| 68 - 1 | 10/13/04 | DEF 1-7 opposition to PLF 1 motion and memorandum to compel complete answer to plf's interrogatory No. 1 (61-1). |
| 69 - 1 | 10/13/04 | Stipulation for protective order. |
| 70 - 1 | 10/14/04 | Stipulation re: expert witness disclosures. |
| 70 - 2 | 10/14/04 | RRB Order granting stipulation re: expert witness disclosures as stated (70-1). cc: cnsl |
| 69 - 2 | 10/15/04 | RRB Order granting stipulation for protective order as stated (69-1). cc: cnsl |
| 71 - 1 | 10/15/04 | PLF 1 reply to opposition to PLF 1 motion cross motion for summary judgment based on UCC (46-2). |
| 72 - 1 | 10/21/04 | Unopposed motion for extension of time until 10/29/04 to file plaintiff's reply to the motion for sj re proper legally responsible |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE F03-0021--CV (RRB)
                    "FOXHILL INVESTMENTS V ROBERT CUNNINGHAM ET AL"

                                 For all filing dates

Document #    Filed       Docket text
----------    --------    -------------------------------------------------------
                          defs and plf's opp to the cross mot for sj re breach of contract claims
                          against R. H. Cunningham Jr and to file plf's reply to the plf's mot to
                          comple answet to plf's intorrogatory No. 1.

 72 -  2     10/22/04     Order granting Unopposed motion for extension of time until 10/29/04 to
                          file plaintiff's reply's and oppo to the mots for sj & mot to compel
                          (72-1). cc: cnsl

 73 -  1     10/25/04     PLF 1 motion for summary judgment due to defendants' breach of vessel
                          certification promise amd warrants w/att memo & exhs.

 74 -  1     10/28/04     PLF 1 motion for summary judgment upon defendants' breach due to
                          untimely performance w/att memo & exhs.

 75 -  1     10/29/04     RRB Order denying motion for SJ (40-1), motion cross motion for summary
                          judgment based on UCC (46-2).  cc: cnsl

 76 -  1     10/29/04     PLF 1 reply to opposition to PLF 1 motion for summary judgment upon the
                          issue of proper, legally resonsible defendants (55-1) w/att exhs.

 76 -  2     10/29/04     PLF 1 opposition to DEF 1-7 (Cross) motion for summary judgment on
                          breach of contract claims against Robert H. Cunningham, Jr. individually
                          (63-1) w/att exhs.

 77 -  1     11/01/04     PLF 1 motion to extend time until 11/1/04 to file reply to the motion to
                          compel complete answer to plaintiff's interrogatory No. 1.

 78 -  1     11/02/04     RRB Order granting motion to extend time until 11/1/04 to file reply to
                          the motion to compel complete answer to plf's interrogatory #1 and until
                          11/3/04 a to file affidavit of Paul Carter (77-1).  cc: cnsl

 79 -  1     11/02/04     PLF 1 reply to opposition to PLF 1 motion to compel complete answer to
                          plf's interrogatory No. 1 (61-1) w/att exhs.

 80 -  1     11/02/04     DEF 1-7 non-opposition to plf's motion to extend time filed 11/1/04.

 81 -  1     11/03/04     PLF 1 Affidavit of P. Carter re: reply to oppo re: PLF 1 motion to
                          compel complete answer to plf's interrogatory No. 1 (61-1).

 82 -  1     11/08/04     DEF 1-7 reply to opposition to DEF 1-7 (Cross) motion for summary
                          judgment on breach of contract claims against Robert H. Cunningham, Jr.
                          individually (63-1).

 83 -  1     11/15/04     DEF 1-7 Rule 56(f) motion for extension of time to oppose Foxhill's
                          Motion for Summary Judgment due to Defendants' Breach of Vessel
                          Certification Promise and Warranties.

 84 -  1     11/15/04     DEF 1-7 opposition to PLF 1 motion for summary judgment upon defendants'
                          breach due to untimely performance w/att memo & exhs. (74-1)

 85 -  1     11/16/04     DEF 1-7 Request for Oral Argument re: PLF 1 motion for summary judgment
                          upon defendants' breach due to untimely performance (74-1).

 86 -  1     11/18/04     Stipulation re: final witness lists due 11/24/04.

 86 -  2     11/22/04     RRB Order granting stipulation re: final witness lists due 11/24/04
                          (86-1).  cc: cnsl
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE F03-0021--CV (RRB)
                    "FOXHILL INVESTMENTS V ROBERT CUNNINGHAM ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 87 - 1 | 11/22/04 | RRB Minute Order granting motion to compel complete answer to plf's interrogatory No. 1 (61-1). Request for expenses and sanctions is not granted at this time. cc: cnsl |
| 87A- 1 | 11/24/04 | PLF 1 Final Witness List. |
| 88 - 1 | 11/29/04 | DEF 1-7 Final Witness List. |
| 89 - 1 | 11/29/04 | RRB Minute Order scheduling O/A on pending summary judgment motions for 10:00 a.m. on 12/10/04. cc: cnsl |
| 90 - 1 | 11/29/04 | PLF 1 motion to extend time to file reply to defendant's opposition to Foxhill's motion for summary judgment re untimely performance to 12/03/04. |
| 91 - 1 | 12/01/04 | RRB Order granting motion to extend time to file reply to defendant's opposition to Foxhill's (90-1) motion re breach due to untimely performance to 12/03/04. cc: cnsl |
| 92 - 1 | 12/01/04 | PLF 1 reply to opposition to PLF 1 motion for summary judgment upon defendants breach (74-1). |
| 93 - 1 | 12/01/04 | DEF 1-7 opposition (response) to PLF 1 motion to extend time to file reply to defendant's opposition to Foxhill's motion for summary judgment (90-1) |
| 94 - 1 | 12/03/04 | PLF 1 reply to opposition (response) to PLF 1 motion to extend time to file reply to defendant's opposition to Foxhill's motion for summary judgment re untimely (90-1). |
| 95 - 1 | 12/03/04 | PLF 1 Unopposed motion to extend to 12/06/04 to file response to defendant's Rule 56(f) motion for extenion of time to oppose Fox Hill's motio re Breach of vessel certification. |
| 95 - 2 | 12/03/04 | Order granting unopposed motion to extend to 12/06/04 to file response to defendant's (95-1) motion. cc: cnsl |
| 96 - 1 | 12/07/04 | PLF 1 opposition to DEF 1-7 Rule 56(f) motion for extension of time to oppose Foxhill's Motion for Summary Judgment due to Defendants' Breach of Vessel Certification Promise and Warranties (83-1). |
| 97 - 1 | 12/09/04 | PLF 1; DEF 1-7 Stipulation to extend pretrial deadlines |
| 98 - 1 | 12/09/04 | PLF 1 Unopposed motion to extend deadline for filing oppo to rule 56(f) motion nunc pro tunc to 12/07/04. |
| 97 - 2 | 12/10/04 | RRB Order granting stipulation Stipulation to extend pretrial deadlines (97-1) & setting the following dates: Discovery to close 02/14/05; Dispositive motions deadline 03/18/05; Trial date 05/16/05. cc: cnsl |
| 98 - 2 | 12/10/04 | RRB Order granting unopposed motion to extend deadline for filing oppo to rule 56(f) (98-1). cc: cnsl |
| 99 - 1 | 12/13/04 | RRB Court Minutes [ECR: Carolyn Bollman] from O/A on dkts 55,63,74 held 12/10/04: Court and counsel heard; Motions U/A. TBJ set for 05/16/05 in Fairbanks, 10 days length. Stip at docket 97 signed to extend pretrial deadlines. Court states tentative deadlines to supplement the motion at |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE F03-0021--CV (RRB)
                     "FOXHILL INVESTMENTS V ROBERT CUNNINGHAM ET AL"

                                    For all filing dates

Document #    Filed     Docket text

                        docket 73. cc: cnsl, jury clerk,

   100 -  1   12/14/04  RRB Order setting the following dates: Trial by jury 05/16/05 for 10
                        days, Final pretrial conference 05/10/05 at 8:30 a.m. Exhibits due
                        04/25/05. cc: cnsl jury clerk

   101 -  1   12/15/04  RRB Order granting motion rule 56(f) for extension of time to oppose
                        Foxhill's Motion (83-1) to 02/28/05. Reply due 03/07/05.   cc: cnsl

   102 -  1   12/16/04  RRB Order denying motion (Cross) for summary judgment on breach of
                        contract claims against (63-1); granting re Cunningham and Trident
                        Florida Trading Ltd / denying re Florida Trading Co, Florida Trading Co,
                        Inc, Florida Trading Co LLC or Florida Trading Co motion for summary
                        judgment upon the issue of proper, legally resonsible defendants (55-1).
                        cc:cnsl

   103 -  1   12/21/04  PLF 1; DEF 1-7 motion for reconsideration of pretrial order re: pretrial
                        motion deadline.

   104 -  1   12/21/04  PLF 1; DEF 1-7 Stipulation to extend pretrial deadline as follows:
                        01/19/05 to file witness additions, 01/28/05 to file expert witness
                        disclosures, 02/18/05 to complete discovery, to take depsotiions and
                        inspect the vessel week of 01/24/05 and dispositive motions filing
                        deadline 03/18/04.

   105 -  1   01/14/05  DEF 1-7 motion regarding depositions w/ memorandum in support.

   106 -  1   01/14/05  DEF 1-7 motion for expedited consideration of motion regarding
                        depositions with affidavit and memorandum in support.

   107 -  1   01/19/05  RRB Order granting motion for expedited consideration of motion
                        regarding depositions (106-1).  FoxHill  oppo due 01/20/05; reply
                        01/21/05.   cc: cnsl (tel notice)

   108 -  1   01/19/05  RRB Minute Order scheduling a telephonic hrg on Mot re depositions for
                        01/21/05 at 3:00 p.m. Parties may participate telephonically. cc: cnsl
                        (tel notice)

   109 -  1   01/19/05  RRB Minute Order granting motion for reconsideration of pretrial order
                        re: pretrial motion deadline (103-1), stipulation to extend pretrial
                        deadline as follows (104-1): Dates set forth in the stip at dkt 104
                        shall apply and other dates relating to pretrial deadlines set forth in
                        the court's pretrial order shall apply. cc: cnsl

   110 -  1   01/19/05  DEF 1-7 motion to compel discovery w attached memorandum in support and
                        good faith certificate, exhibits a - q attached.

   111 -  1   01/19/05  PLF 1 opposition to DEF 1-7 motion regarding depositions (105-1) w/att
                        exhs filed on shortened time.

   111 -  2   01/19/05  PLF 1 motion cross motion to set Fairbanks depositions for the week of
                        1/31/05 and reconsider rest of stipulation on shortened time.

   112 -  1   01/19/05  PLF 1 motion for consideration of plaintiff's cross-motion on shortened
                        time.

   112A-  1   01/19/05  PLF 1 Addition to Plaintiff's Witness List.
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE F03-0021--CV (RRB)
                   "FOXHILL INVESTMENTS V ROBERT CUNNINGHAM ET AL"

                                  For all filing dates


 Document #    Filed     Docket text

   113 -  1   01/20/05   DEF 1-7 PARTIAL non-opposition to PLF 1 motion for consideration of
                         plaintiff's cross-motion on shortened time. (112-1)

   114 -  1   01/20/05   RRB Order granting motion for consideration of plaintiff's cross-motion
                         on shortened time (112-1): def reply due 01/20/05 at 4:30 p.m.; Pltf
                         reply 01/21/05 at 1:30 p.m.  cc: cnsl

   115 -  1   01/20/05   PLF 1 Agreement with terms of defs' partial non-opposition to partial
                         non-opposition to PLF 1 motion for consideration upon shortened time fo
                         plf's cross-motion (112-1).

   116 -  1   01/20/05   PLF 1 Table of exhibit to aff of M. Seawright file 1/19/05 in response
                         to defs' mot for determination of order of depositions & in support of
                         plf's cross mots.

   117 -  1   01/20/05   DEF 1-7 reply to opposition to DEF 1-7 motion regarding depositions w/
                         memorandum in support (105-1), with exhibits J K and L attached.

   117 -  2   01/20/05   DEF 1-7 opposition to PLF 1 motion cross motion to set Fairbanks
                         depositions for the week of 1/31/05 and reconsider rest of stipulation
                         on shortened time (111-2).

   118 -  1   01/21/05   PLF 1 reply to opposition to PLF 1 motion cross motion to set Fairbanks
                         depositions for the week of 1/31/05 and reconsider rest of stipulation
                         on shortened time (111-2) w/att exhs.

   119 -  1   01/25/05   RRB Court Minutes [ECR: Robin Carter] from hrg on defendant's motion re
                         depositions held 01/21/05: Deposition of Robert Cunningham to be taken
                         Monday, January 24, 2005 at 9:00 a.m. Depositions of Paul Carter and
                         James Dunlap to immediately follow.   cc: cnsl

   120 -  1   01/26/05   PLF 1; DEF 1-7 Stipulation to extend the deadline for expert witness
                         disclosures to 02/04/05.

   120 -  2   01/26/05   RRB Order granting stipulation Stipulation to extend the deadline for
                         expert witness disclosures to 04/04/05 (120-1).   cc: cnsl

   121 -  1   02/07/05   PLF 1 opposition to DEF 1-7 motion to compel discovery w attached
                         memorandum in support (110-1). cc: cnsl

   122 -  1   02/09/05   PLF 1 Errata re: Oppo to DEF 1-7 motion to compel discovery w attached
                         memorandum in support (110-1).

   123 -  1   02/18/05   PLF 1; DEF 1-7 Stipulation to extend date for Trident's reply to Fox
                         Hill's oppo to mot to compel to 02/25/05.

   123 -  2   02/22/05   RRB Order granting stipulation to extend date for Trident's reply to Fox
                         Hill's oppo to 02/25/05 (123-1). cc: cnsl

   124 -  1   02/25/05   RRB Order denying motion for summary judgment upon defendants' breach
                         due to untimely performance (74-1).  cc: csnl

   125 -  1   02/25/05   PLF 1; DEF 1-7 Stipulation to continue deadlines: Trident's reply to Fox
                         Hill's opposition to motion to compel due 03/11/05; Trident's opposition
                         to Fox Hill's Mot for SJ due to defendant's breach of vessel
                         certification due 03/11/05 and reply due 03/18/05.


 ACRS: R_VDSDX              As of 12/01/05 at 3:54 PM by GARRY                      Page 9
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE F03-0021--CV (RRB)
                    "FOXHILL INVESTMENTS V ROBERT CUNNINGHAM ET AL"

                                   For all filing dates


 Document #    Filed      Docket text

   125 -   2   03/01/05   Order granting stipulation to continue deadlines (125-1). cc: cnsl

   126 -   1   03/14/05   PLF 1; DEF 1-7 Stipulation to extend  dealines and vacate trial date.
                          Trident reply re motion to compel due 04/13/05; Trident oppo to motion
                          for SJ due 04/18/05; Fox Hill's reply due 04/25/05; dispositive motion
                          deadline 04/25/05.  Parties to request civil pretrial conference if
                          necessary.

   126 -   2   03/15/05   RRB Order granting stipulation to extend dealines and vacate trial date
                          (126-1). cc: cnsl

   127 -   1   04/08/05   PLF 1; DEF 1-7 Settlement Notice.

   127 -   2   04/08/05   PLF 1; DEF 1-7 motion to vacate all pending deadlines.

   127 -   3   04/11/05   RRB Order granting motion to vacate all pending deadlines (127-2);
                          terminating in light of this order: motion for summary judgment due to
                          defendants' breach of vessel certification (73-1), motion to compel
                          discovery w attached memorandum in support (110-1). cc: cnsl

   128 -   1   06/29/05   RRB Minute Order for status report of the case.

   129 -   1   07/19/05   PLF 1 Response to Order status report regarding case.

   130 -   1   08/18/05   PLF 1 Response to Order second status report re case. Closing paperwork
                          will be filed nlt 09/30/05.

   131 -   1   09/30/05   PLF 1 Response to Order status report regarding case.

   132 -   1   10/28/05   PLF 1 Response to Order status report: requesting thirty(30) more days
                          until 11/29/05 in which to submit closing documents to the court.

   133 -   1   10/31/05   RRB Minute Order re status report. Report is accepted further status
                          report shall be filed by counsel for plaintiff on or before 11/29/05
                          unless closing papers are filed sooner cc: cnsl, Judge Beistline

   134 -   1   11/03/05   RRB Minute Order re settlement, parties have until COB Tuesday 11/29/05
                          to file final settlement papers with the court cc: cnsl
```