FILED
US DISTRICT COURT
DISTRICT OF ALASKA

# IN THE UNITED STATES DISTRICT COURT

2005 NOV 29 PM 3: 22

## FOR THE DISTRICT OF ALASKA

PD

FOX HILL INVESTMENTS LLC dba PIKE'S
RIVERBOAT CRUISES,

Plaintiff,

v.

ROBERT ("Robbie") CUNNINGHAM; TRIDENT
FLORIDA TRADING COMPANY; TRIDENT
PONTOONS; FLORIDA TRADING COMPANY;
FLORIDA TRADING COMPANY, INC.;
FLORIDA TRADING COMPANY LLC; and
TRIDENT FLORIDA TRADING LIMITED
LIABILITY COMPANY,

Defendants.

USDC Case No. F-03-0021 CV (UUB)

**UPDATED STATUS REPORT
REGARDING CASE**

Undersigned counsel is awaiting the necessary original signatures of Fox Hill member

Paul Carter on the settlement documentation, which I understand has been mailed to me. An

additional fourteen (14) days, until December 13, 2005, are therefore requested in which to

submit the closing papers, which have been forwarded to undersigned counsel by Ms. Bray.

DATED: November 29, 2005.

BURR, PEASE & KURTZ
Attorneys for the Plaintiff

By _____
Michael W. Sewright
Alaska Bar # 7510090

BURR, PEASE
& KURTZ
A PROFESSIONAL CORPORATION
810 N STREET
ANCHORAGE, AK 99501
(907) 276-6100

*Fox Hill, et al. v. Cunningham, et al*
Updated Status Report
Case No. F-03-0021 CV

40p6-1/#80829

135

## ORDER

IT IS SO ORDERED.

Honorable Ralph R. Beistline
U.S. District Court Judge

12/5/05

### CERTIFICATE OF SERVICE

I certify that on the 29th day of November, 2005, a copy
of the above and foregoing was served by Mail on:

James D. DeWitt, Esq.
Aisha Tinker Bray, Esq.
Guess & Rudd PC
100 Cushman Street, Suite 500
Fairbanks, AK 99701

Brooks Holborn
Brooks Holborn

FILED

DEC 0 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

By _____ Deputy

BURR, PEASE
& KURTZ
A PROFESSIONAL CORPORATION
810 N STREET
ANCHORAGE, AK 99501
(907) 276-6100

*Fox Hill, et al. v. Cunningham, et al*
Updated Status Report
Case No. F-03-0021 CV

4006-1/#80829

f2

F03-0021---CV (RRB)

M. SEWRIGHT (BURR)
A. BRAY (GUESS)

12-6-05

