```
                    IN THE UNITED STATES DISTRICT COURT

                       FOR THE DISTRICT OF ALASKA

FOXHILL INVESTMENTS LLC,           )
d/b/a PIKE'S RIVERBOAT             )
CRUISES,                           )
                                   )
          Plaintiff,               )
                                   )
     v.                            )
                                   )
ROBERT ("ROBBIE") CUNNINGHAM,      )
TRIDENT FLORIDA TRADING            )
COMPANY, TRIDENT PONTOONS,         )
FLORIDA TRADING COMPANY,           )
FLORIDA TRADING COMPANY, INC.,     )
FLORIDA TRADING COMPANY, LLC,      )
and TRIDENT FLORIDA TRADING        )
LIMITED LIABILITY COMPANY,         )
                                   )
          Defendants.              )
_____) Case No. F03-0021-CIV (RRB)
```

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Fox Hill Investments, LLC d/b/a Pike's Riverboat Cruises ("Fox Hill"), through its attorneys, Burr, Pease & Kurtz, PC, and defendants Robert "Robbie" H. Cunningham, Jr., Trident Florida Trading Company, Trident Pontoons, Florida Trading Company, Florida Trading Company, Inc., Florida Trading Company, LLC, and Trident Florida Trading Limited Liability Company (collectively "Trident"), through their attorneys, Guess & Rudd P.C., stipulate and agree that all claims asserted by the parties against each other in the above-captioned action are dismissed in their entirety, with prejudice, each party bearing their own costs and attorneys' fees.

LAW OFFICES OF
Guess & Rudd P.C.
100 CUSHMAN STREET
SUITE 500
FAIRBANKS, ALASKA
99701-4659
(907) 452-8986
FAX: (907) 452-7015

Dated at Anchorage, Alaska, this 13TH day of December, 2005.

        BURR, PEASE & KURTZ, PC
        Attorneys for Fox Hill

        _____
        Michael W. Sewright
        Alaska Bar No. 7510090

Dated at Fairbanks, Alaska, this 4th day of November, 2005.

        GUESS & RUDD P.C.
        Attorneys for Trident

        _____
        Aisha Tinker Bray
        Alaska Bar No. 9505028

LAW OFFICES OF
Guess & Rudd P.C.
100 CUSHMAN STREET
SUITE 500
FAIRBANKS, ALASKA
99701-4659
(907) 452-8986
FAX: (907) 452-7015

Case No. F03-0021 CV (RRB)   *Fox Hill Investments LLC v. Cunningham et al.*
Stipulation for Dismissal with Prejudice
Page 2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FOX HILL INVESTMENTS LLC dba PIKE'S RIVERBOAT CRUISES,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT ("Robbie") CUNNINGHAM; TRIDENT FLORIDA TRADING COMPANY; TRIDENT PONTOONS; FLORIDA TRADING COMPANY; FLORIDA TRADING COMPANY, INC.; FLORIDA TRADING COMPANY LLC; and TRIDENT FLORIDA TRADING LIMITED LIABILITY COMPANY,<br><br>Defendants. | USDC Case No. F-03-0021 CV (RRB) |

**AFFIDAVIT OF SERVICE BY MAIL**

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

Brooks Holborn, an employee of Burr, Pease & Kurtz, 810 N Street, Anchorage, Alaska, being duly sworn, states that on December 13, 2005, mailed a copy of the STIPULATION FOR DISMISSAL WITH PREJUDICE and proposed ORDER to:

Aisha Tinker Bray, Esq.
James D. DeWitt, Esq.
Guess & Rudd PC
100 Cushman Street, Suite 500
Fairbanks, AK  99701

BURR, PEASE
& KURTZ
A PROFESSIONAL CORPORATION
810 N STREET
ANCHORAGE, AK 99501
(907) 276-6100

Affidavit of Mailing
*Fox Hill Investments v. Cunningham, et al.*, Case No. F-03-0021 CV (RRB)

Page 1 of 2
4006-1/ # 73224

*Brooks Holborn*
Brooks Holborn

SUBSCRIBED AND SWORN to before me this 13th day of December 2005.



*Teresa A. Wilson*
NOTARY PUBLIC FOR ALASKA
My commission expires: 4/17/08

BURR, PEASE
& KURTZ
A PROFESSIONAL CORPORATION
810 N STREET
ANCHORAGE, AK 99501
(907) 276-6100

Affidavit of Mailing
*Fox Hill Investments v. Cunningham, et al.*, Case No. F-03-0021 CV (RRB)

Page 2 of 2
4006-1/ # 73224